No. 211. VECCHIO, ADMINISTRATRIX *v.* ANHEUSER-BUSCH, INC. C. A. 2d Cir. Certiorari denied. *Augustin J. San Filippo* and *Borris M. Komar* for petitioner. *William A. Roe* for respondent.

No. 212. SEMLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *David M. Richman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 214. PHILLIPS & BUTTORFF CORP. *v.* DENNEY ET AL. C. A. 6th Cir. Certiorari denied. *William Waller, Cecil Sims* and *Clarence Evans* for petitioner. *E. J. Walsh* and *John J. Hooker* for respondents.

No. 215. TEMPLE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Myer H. Gladstone* and *James W. Dorsey* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 216. TERRY & WRIGHT, INC., ET AL. *v.* BLANCHARD ET AL., DOING BUSINESS AS BLANCHARD & JENKINS CONSTRUCTION Co. C. A. 6th Cir. Certiorari denied. *Robert P. Hobson* and *John P. Sandidge* for petitioners. *Stuart E. Lampe* for respondents.

No. 220. ROOTED HAIR, INC. *v.* A & B WIG Co., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Robert W. Fiddler* for petitioner. *Maxwell James* for respondents.